**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
**WESTERN DIVISION**

A.M.S., et al.,
    Plaintiff(s),

v.

Julian T. Steele, et al.,
    Defendant.

Case No. 1:11cv298
(Dlott, J. ; Litkovitz, M.J.)

## ORDER

This matter is before the Court on plaintiffs' motion to vacate and extend the calendar by at least ninety (90) days. (Doc. 31). To date, defendants have not filed an opposition to plaintiff's motion. Therefore, for good cause shown, plaintiffs' motion is **hereby Granted**.

The case shall proceed as follows:

1. Deadline for leave to amend pleadings: **March 1, 2013**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
    Plaintiff identify and produce primary expert report(s): **April 15, 2013**
    Defendant identify and produce primary expert report(s): **May 15, 2013**

3. Discovery deadline: **June 25, 2013**

4. Dispositive motion deadline: **August 28, 2013**

5. Final pretrial conference: **November, 2013\***

6. Jury Trial: **December, 2013\***

Date 2/8/13

Karen L. Litkovitz
United States Magistrate Judge

\*The specific dates will be assigned by the District Court